# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-10864
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
August 17, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Moises Chavez-Saldana,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CR-44-1

---

Before Wiener, Stewart, and Douglas, *Circuit Judges.*

Per Curiam:[*]

The Federal Public Defender appointed to represent Moises Chavez-Saldana has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Chavez-Saldana has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10864

nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.